# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dimitri Oleinik, : | |
| : | Civil Action No.: 1:11-cv-10229 (DJC) |
| Plaintiff, : | |
| v. : | |
| Zwicker & Associates, P.C.; and : | |
| DOES 1-10, inclusive, : | |
| Defendants. : | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## <u>PURSUANT TO RULE 41(a)</u>

Dimitri Oleinik ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 13, 2011

    Respectfully submitted,

    By: /s/ Sergei Lemberg

    Sergei Lemberg, Esq.
    BBO No.: 650671
    Lemberg & Associates L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (877) 795-3666
    Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 13, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By /s/ Sergei Lemberg
                  Sergei Lemberg